**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JIANXIANG SHI,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

No. 2:26-cv-3423-AH (DSR)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED for lack of jurisdiction and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: OCTOBER 30, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE